UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

In Re:
LAKE CHARLES HOSPITALITY, INC        CASE NO 11-20238
d/b/a Best Western                    Chapter 11 proceeding

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL PURSUANT TO THE PROVISIONS OF 11 USC 363

Comes now Lake Charles Hospitality, Inc, debtor herein through undersigned counsel and with respect shows as follows:

1.

Debtor's Chapter 11 petition was filed on March 14, 2011, and is operating its business as a hotel property as debtor in possession.

2.

Debtor shows that one or more of Citizens Bank and ArkLaTex Investment & Development as servicing agent for the Small Business Administration are believed to hold a security interest in the "rents" of the hotel and/or the merchant accounts receivable from guest credit card charges.

3.

Debtor submits that one or more of these liens affect funds upon which the debtor depends to operate the hotel and may constitute cash collateral within the meaning of 11 U.S.C. 363.

4.

Debtor shows that it requires the use of such cash collateral in order to continue operations and tenders a post petition replacement lien to the affected creditor(s) in accordance with the ranking and perfection of their respective liens.

6.

Debtor requests entry of an emergency order granting conditional use of cash collateral after telephonic notice and a hearing in U. S Bankruptcy Court, 611 Broad Street, Lake Charles, Louisiana, on Thursday, March 24, 2011 at 10:30. Central Standard Time ; and in due course for an interim and then final order, after notice and a hearing.

WHEREFORE debtor prays after a telephonic hearing for an emergency order authorizing use of cash collateral, and for an interim hearing at U. S Bankruptcy Court, 611 Broad Street, Lake Charles, Louisiana, on Thursday, March 24, 2011 at 10:30 Central Daylight Time on debtor's motion for use of cash collateral, and in due course for a final order authorizing use of cash collateral and for such other relief as may be equitable in the premises.

By attorneys

ROBICHAUX, MIZE, WADSACK & RICHARDSON

By: /s/ Wade N. Kelly
Wade N. Kelly (#07776)
1777 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-0234
(337) 433-1274 fax
Counsel to Debtor

CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion was this date deposited in the U.S. Mail, postage prepaid, properly addressed to the Office of the United States Trustee, the 20 Largest Unsecured Creditors and by facsimile transmission to Citizens Bank's counsel and District Counsel for the SBA on this 14th day of March, 2011.

/s/ Wade N. Kelly
Wade N. Kelly